# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Larry Klayman, Individually**

    Plaintiff(s),

VS.

**Hon. Colleen Kollar Kotelly, et al**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006



*281080*

Case Number: 1:22-cv-02074

Legal documents received by Same Day Process Service, Inc. on **07/14/2022** at **5:00 PM** to be served upon **Hon. G. Michael Harvey at 333 Constitution Ave., NW, Washington, DC 20001**

I, **Benjamin O'Brien**, swear and affirm that on **July 18, 2022** at **2:23 PM**, I did the following:

Served **Hon. G. Michael Harvey** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Complaint** to A. Jones as Mail Clerk & Authorized Agent of Hon. G. Michael Harvey at **333 Constitution Ave., NW, Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

District of Columbia
Signed and sworn to (or affirmed) before me on _7/4/2022_ by _Benjamin O'Brien_
Signature of Notarial Officer
Title of Office
My commission expires: _3/14/2026_

**Benjamin O'Brien**
Process Server
**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:281080



RECEIVED

JUL 2 0 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Larry Klayman, Individually**

    Plaintiff(s),

VS.

**Hon. Colleen Kollar Kotelly, et al**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006



*281081*

**Case Number: 1:22-cv-02074**

Legal documents received by Same Day Process Service, Inc. on **07/14/2022** at **5:00 PM** to be served upon **Hon. Colleen Kollar Kotelly at 333 Constitution Ave., NW, Washington, DC 20001**

I, **Benjamin O'Brien**, swear and affirm that on **July 18, 2022** at **2:23 PM**, I did the following:

Served **Hon. Colleen Kollar Kotelly** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Complaint** to **A. Jones** as **Mail Clerk & Authorized Agent** of **Hon. Colleen Kollar Kotelly at 333 Constitution Ave., NW , Washington, DC 20001**.

**Description of Person Accepting Service:**
Sex: Male  Age: 45  Height: 5ft4in-5ft8in  Weight: 161-200 lbs  Skin Color: African-American  Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

District of Columbia
Signed and sworn to (or affirmed) before me
on _____ by _____
   Date     Name(s) of Individual(s) making Statement

Signature of Notarial Officer

Title of Office

My commission expires: _____

**Benjamin O'Brien**
Process Server
**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:281081



RECEIVED

JUL 20 2022

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

