UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 22-2074 (RC) |
| **HON. COLLEEN KOLLAR-KOTELLY, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Assistant United States Attorney Jeremy S. Simon as counsel for Defendants in this matter who are being sued in their official capacity only.

Respectfully submitted,

_____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
United States Attorney's Office
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

Counsel for Defendants