UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. A. No. 22-2074 (RC) |
| ) | |
| HON. COLLEEN KOLLAR-KOTELLY, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE FOR NOTICE OF APPEARANCE

I hereby certify that I caused the Notice of Appearance filed on September 8, 2022 (ECF No. 3), to be served by first-class mail, postage prepaid this 23rd day of September 2022 on Plaintiff, who is proceeding pro se, at the following address:

Larry Klayman
7050 W. Palmetto Park Road
Boca Raton, FL 33433

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
JEREMY S. SIMON, D.C. Bar No. 447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
jeremy.simon@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Certificate of Service for Notice of Appearance to be served by first-class mail, postage prepaid this 23rd day of September 2022 on Plaintiff, who is proceeding pro se, at the following address:

    Larry Klayman
    7050 W. Palmetto Park Road
    Boca Raton, FL 33433

                                              _____/s/_____
                                              Jeremy S. Simon
                                              Assistant United States Attorney